UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

Plaintiff

CRIMINAL NO. 13-20568

v.

Christine Buenaventura

Defendant

FILED
OCT 03 2013
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

## APPEARANCE OF COUNSEL

TO THE CLERK OF COURT:

Please enter my appearance as attorney on behalf of defendant _____ in the above-entitled case.

_____
Signature

LISA DWYER 47961
Printed name and P number

710 N Crooks RD
Address

Clawson    MI    48017
City       State  Zip Code

313-510-2793
Telephone number

DWYERL247@aol.com
E-mail address

PLEASE CHECK THE APPROPRIATE BOX    ☐ Retained    ☒ CJA Appointment

Date: 10-3-13

(Rev. 3/2012)