UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,              CRIMINAL NO. 13-20568

vs.                                HONORABLE GERALD E. ROSEN

D5 CHRISTINE BUENAVENTURA,

                Defendant.
_____/

FILED
OCT 03 2013
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

## **DEFENDANT'S ACKNOWLEDGMENT OF INFORMATION**

      I, CHRISTINE BUENAVENTURA, defendant in this case, hereby acknowledge that I have received a copy of the Information before entering my plea, and that I have read it and understand its contents.

      I know that if I am convicted or plead guilty, I may be sentenced as follows:

**Count Six:**    Up to five years' incarceration and/or a $250,000 fine;

_____
Christine Buenaventura
Defendant

## **ACKNOWLEDGMENT OF DEFENSE COUNSEL**

      I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
Lisa Dwyer
Attorney for Defendant

Dated: October 3, 2013