UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                  CRIMINAL NO. 13-20568

v.                                   HONORABLE GERALD E. ROSEN

D-5  CHRISTINE BUENAVENTURA,

        Defendant.
_____/

## **WAIVER OF INDICTMENT**

FILED
OCT 03 2013
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

     I, CHRISTINE BUENAVENTURA, the defendant in this case, understand that I am being charged with the following felony: production of obscene matters for sale or distribution (in violation of 18 U.S.C. § 1465).

     I have been informed and understand that any person charged with a federal felony offense has the right to insist that the case proceed by way of an indictment returned by a grand jury. Understanding this, and pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure, I hereby waive any right to prosecution by indictment and consent that the prosecution may be brought by information instead of by indictment.

_____       _____
Christine Buenaventura                            Lisa Dwyer
Defendant                                                 Attorney for the Defendant

Dated: October 3, 2013